IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD G. KAMAU,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 11-5317 |
| | : | |
| **EAST PENN MFG. CO., INC.,** | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this   28th   day of February 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 24), Plaintiff's Response thereto (Doc. No. 27), and Defendant's Reply (Doc. No. 32), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

The Clerk is directed to mark this case **CLOSED**.

BY THE COURT:


*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.